UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMMED ADNAN BHUTTA,

        Plaintiff,

        V.

GEORGE W. BUSH, et al.,

        Defendants.

_____/

CIVIL NO. 05-70433
HON. NANCY G. EDMUNDS

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [24]**

This matter has come before the Court on the Magistrate Judge's Report and Recommendation,. Being fully advised in the premises and having reviewed the record and the pleadings, including any objections, the Court hereby ACCEPTS and ADOPTS the Magistrate's Report and Recommendation.

Accordingly, the Court hereby orders as follows:

Defendants' Motion to Dismiss [14] is **GRANTED**.

SO ORDERED.

        **s/Nancy G. Edmunds**
        **Nancy G. Edmunds**
        **United States District Judge**

**Dated: March 7, 2006**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2006, by electronic and/or ordinary mail.**

        **s/Carol A. Hemeyer**
        **Case Manager**